UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOYCE JEFFERS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-14-2630 |
| | § | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

The agreed stipulation of dismissal (Dkt. 18) is GRANTED. It is therefore ORDERED that all claims by plaintiff against defendant are DISMISSED with prejudice. Each party shall bear their own costs and fees.

Signed at Houston, Texas on June 15, 2015.

_____
Gray H. Miller
United States District Judge